## Vivian Irene Smetana, Minor, by the Live Stock National Bank of Chicago, Guardian, Appellee, v. David P. Brannin, Sr. and David P. Brannin ,Jr., Defendants. David P. Brannin, Jr., Minor, by David P. Brannin, Sr., Guardian Ad Litem, Appellant.

### Gen. No. 40,376.

opinion filed December 5, 1939. Sonnenschein, Berkson, Lautmann, Levinson & Morse and Clyde C. Fisher, for appellant; Henry L. Kohn, I. E. Ferguson and Clyde C. Fisher, of counsel; V. Russell Donaghy, for appellee; David A. Schallman, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."